OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

UTF - Discharged

H3B 75652

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

4/29/2015
BELLOTTI, CARL MATTHEW III
09-07283-A

WR-53,835-05

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

A83b

BELLOTTI, CARL MATHEW III Tr. Ct. No.

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
$00.265
PINEY BOWES
MAILED FROM ZIP CODE 78701
APR 30 2015
02 1M
000 4279596

CARL MATTHEW BELLOTTI III
755639
AST TEXAS TREATMENT FACILITY - TDC #
uTF
Huntsville Unit TX
815 12th Street
Huntsville, TX 77340